IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.D., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-2691 |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of February, 2018, after considering the motion to dismiss filed by the defendant (Doc. No. 9), the responses filed thereto (Doc. Nos. 11, 12), the record developed by the parties during jurisdictional discovery, the supplemental briefs filed by both parties after the close of jurisdictional discovery (Doc. Nos. 25, 26, 32), and the complaint (Doc. No. 3); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to dismiss (Doc. No. 9) is **GRANTED**, and the complaint is **DISMISSED WITHOUT PREJUDICE**; and

2. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.